## HELENA FITZGERALD *v.* JAMES T. FLAHERTY ET AL.
## (AC 16691)

O'Connell, C. J., and Foti and Dupont, Js.

Argued May 26—officially released June 30, 1998

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* LEONARD JACKSON
## (AC 16598)

O'Connell, C. J., and Foti and Schaller, Js.

Argued May 26—officially released June 30, 1998

Per Curiam. The judgment is affirmed.

## MYRNA LABOW *v.* RONALD LABOW
## (AC 16981)

O'Connell, C. J., and Foti and Dupont, Js.

Argued May 27—officially released June 30, 1998

Per Curiam. The judgment is affirmed.